IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LOUDER and DONNA LOUDER, | : : : |
| Plaintiffs | : : |
| v. | : CIVIL ACTION NO. 14-3860 |
| LOWER SAUCON TOWNSHIP and CHIEF GUY LESSER, | : : : |
| Defendants | : : |

## ORDER

**AND NOW**, this 29th day of April, 2015, upon consideration of Defendants Lower Saucon Township and Chief Guy Lesser's Motion to Dismiss Count II of Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6) (Docket No. 12) filed September 22, 2014; and upon consideration of the Response in Opposition to Defendants' Motion to Dismiss (Docket No. 21) filed December 15, 2014, and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendants' motion to dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that Count II of Plaintiffs' Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants shall have until May 8, 2015 in which to file an answer to Plaintiffs' Complaint.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge